**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF J.F., A MINOR | : | No. 449 MAL 2019 |
| | : | |
| | : | |
| | : | |
| PETITION OF: T.F., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 18th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.